Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000681
23-MAY-2012
09:19 AM

NO. CAAP-11-0000681

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LEILANI J. MINDORO on behalf of DREYDEN IWAMOTO,
Petitioners-Appellants,
v.
TYLER IWAMOTO, TRAVIS IWAMOTO and MICHELLE PRICE,
Respondents-Appellees

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(FC-DA NO. 11-1-0210)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon review of the record, it appears that:

(1) on September 16, 2011, Petitioner-Appellant Leilani J. Mindoro (Appellant) filed a notice of appeal; (2) on November 16, 2011, the appellate clerk filed the record on appeal and informed Appellant that the jurisdictional statement was due on November 25, 2011 and the opening was due on December 27, 2011; (3) Appellant did not file either document; (4) on March 28, 2012, the appellate clerk informed Appellant that: (a) the time to file the jurisdictional statement and the opening brief

expired; (b) the matter would be called to the attention of the court on April 7, 2012 for such action as the court deems proper; and (c) the appeal may be dismissed pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30; (5) Appellant did not file the jurisdictional statement and the opening brief or seek relief from default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i, May 23, 2012.

Presiding Judge

Associate Judge

Associate Judge